UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | ORDER |
| | : | |
| MARION REYNOLDS | : | CR. NO. 10-591 (JBS) |
| | : | |
| | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 8TH day of SEPTEMBER, 2010

ORDERED that the Federal Public Defender for the District of New Jersey, (LISA MACK, AFPD) is hereby appointed to represent said defendant in this case until further order of the Court.

JEROME B. SIMANDLE
UNITED STATES DISTRICT JUDGE

cc: Federal Public Defender